IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-31056
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRAD DECKER, SR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-50101-3
--------------------
June 7, 2001

Before JOLLY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Brad Decker, Sr., has filed a motion to withdraw and a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Decker has not filed a response.

Our independent review of the brief and the appellate record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.